v.

**Lisa JACKSON, Appellant.**

**No. ED 77179.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 10, 2000.

**Keith BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 77342.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 10, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Keith Brown appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. The trial court's findings of fact and conclusions of law are not